**Order entered October 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00821-CR

**TIMOTHY JAMES TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80945-2012**

## ORDER

The Court **DENIES** appellant's October 12, 2015 pro se motions for discovery and for a court-appointed expert to transcribe State's Exhibit no. 1. We remind appellant that his response to the *Anders* brief filed by counsel is due by November 6, 2015.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Timothy Taylor, TDCJ No. 0193859, Telford Unit, 3899 State Highway 98, New Boston, Texas 75570.

/s/     LANA MYERS
        JUSTICE